UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. JOHANNES HETLAND,<br><br>        Plaintiff,<br><br>    v.<br><br>LENDINGTREE, LLC.,<br><br>        Defendant. | Case No. 3:19-cv-02288-JSC<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 33 |

As discussed at the Case Management Conference on June 25, 2020, the Court modifies the parties' pretrial schedule. The Court adopts Plaintiff's requested pretrial schedule changes. Accordingly, the case schedule is modified as follows:

| | |
|---|---|
| Deadline to complete private mediation: | September 1, 2020 |
| Expert disclosure deadline: | November 6, 2020 |
| Rebuttal expert witness disclosure: | November 20, 2020 |
| Fact discovery cut off: | October 30, 2020 |
| Last day to file dispositive motion: | November 9, 2020 |
| Last day to hear dispositive motions: | December 18, 2020 |
| Pretrial conference: | January 21, 2021 |
| Trial date: | February 1, 2021 |

The Court will hold a further status conference on November 5, 2020 at 1:30 p.m. A further joint case management conference statement is due one week in advance.

//

//

**IT IS SO ORDERED.**

Dated: June 26, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge